# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**DOROTHY JONES o/b/o SA**

      **vs.**                      **CASE NUMBER: 1:07-cv-16**
                                                   **(VEB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Defendant's Motion for Judgment on the Pleadings is GRANTED, and the Plaintiff's Motion for Judgment on the Pleadings is DENIED.  This case is hereby closed.

All of the above pursuant to the order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 1st  day of July, 2009.

DATED: July 1, 2009

_Lawrence K. Baerman_
Clerk of Court

_____
          s/
Melissa Ennis
Deputy Clerk